**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-10693
Summary Calendar


MD II ENTERTAINMENT, INC.,
d/b/a THE FARE WEST, et al.,

Plaintiffs-Appellees,

and

FRANK SMITH, d/b/a SHEER D'LITE, et al.,

Plaintiffs-Appellees/Cross-Appellants

VERSUS

CITY OF DALLAS,

Defendant-Appellant/Cross-Appellee.


Appeal from the United States District Court
for the Northern District of Texas
(94-CV-1422)

April 30, 1996


Before WIENER, PARKER, and DENNIS, Circuit Judges.

PER CURIAM[1]:

Nine separate plaintiffs successfully challenged certain municipal ordinances as unconstitutional. The district court entered an order granting in part plaintiffs' motions for costs and attorneys' fees. Defendant appeals that award. Four of the nine plaintiffs cross-appeal.

---

[1]Pursuant to Local Rule 47.5, the court has determined that this opinion should be unpublished.

This court reviews the district court's award of attorneys' fees for abuse of discretion and the supporting factual findings for clear error. *Watkins v. Fordice*, 7 F.3d 453 (5th Cir. 1993). We have reviewed the record and the thorough order of the district court. We find that the district court's factual findings are not clearly erroneous and its award of attorneys' fees was not an abuse of discretion. Therefore, the order of the district court is AFFIRMED.